UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
JAMES S. MATTNER,

                Plaintiff

      -against-                **STIPULATION OF DISMISSAL**
                                       **Civil Action No: 04-CV-1385**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.

-------------------------------------------------------

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties in the above-entitled action, that the case be dismissed.


Dated: May 24, 2005
                                        /S/ PETER W. ANTONOWICZ
                                        Peter W. Antonowicz, Esq.
                                        1300 Floyd Avenue
                                        Rome, New York 13440
                                        Attorney for Plaintiff


Dated: May 27, 2005
                                        Glenn T. Suddaby
                                        United States Attorney
                                        P.O. Box 7198
                                        Syracuse, New York 13261-7198

                               By:    /s/ William H. Pease
                                        William H. Pease - 102338
                                        Assistant U.S. Attorney


SO ORDERED: 5/27/05
Dated:
    Syracuse, New York

                                        HON. GUSTAVE J. DIBIANCO
                                        U.S. MAGISTRATE JUDGE